NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS BROWN, DOC# H18395,    )
                              )
    Appellant,            )
                              )
v.                            )
                              )    Case No. 2D17-3717
STATE OF FLORIDA,             )
                              )
    Appellee.             )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County, Jalal Harb, Judge.


PER CURIAM.


    Affirmed.


LaROSE, C.J., and SILBERMAN and SLEET, JJ., Concur.